1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CABN 124940)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7249
7       FAX: (415) 436-7234
        Email: ascoble@usa.doj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 17-0348 SI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE HEARING AND |
| | ) TO EXCLUDE TIME UNDER SPEEDY TRIAL |
| v. | ) ACT; AND [PROPOSED] ORDER |
| JERMAINE LEE HICKS, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Jermaine Lee Hicks, that this matter be continued from the current status date of October 17, 2019 to January 24, 2020, and that time be excluded under the Speedy Trial Act from October 17, 2019 through January 24, 2020.

As the Court is aware, the instant case is trailing the defendant's pending case in Contra Costa County Superior Court. That case involves numerous defendants and multiple, serious charges (including murder charges). The defendant is detained pending trial in that case. Given the relative nature and posture of the federal case and the state case, counsel in the instant (federal) case have encouraged their counterparts in the state case to explore a negotiated resolution which would encompass state charges and the federal firearms offense in the instant case. Those plea negotiations

have commenced and have continued. As of this date, those negotiations have not concluded, and the state prosecutor is currently set for another trial which will limit his ability to pursue negotiations. The state trial has been moved to March 9, 2020.

Under these circumstances, the parties, through undersigned counsel, respectfully request that the Court continue the current status date (October 17, 2019 at 11:00 a.m.) to **January 24, 2020 at 11:00 a.m.**, and that the Court exclude time from the otherwise applicable Speedy Trial Act computation.

The grounds which the parties have previously set forth for the Speedy Trial Act exclusion still pertain. The state case (which the instant federal case trails) has been set for trial previously but that trial date has been continued; the state case is a complex multi-defendant case in Contra Costa County Superior Court which involves a number of alleged murders; the defendant has been ordered detained pending trial in that case; the parties in the state case have commenced but not completed plea negotiations; for the reasons previously discussed with the Court, federal defense counsel believes that it is still in the defendant's best interests to determine whether the federal charges to be subsumed in a global disposition without his incurring a separate criminal conviction. In this regard, defense counsel continues to need a continuance to determine the course of the state case, to consider and discuss with her client how best to proceed in the federal case, and to assess how resolution of the federal case impacts his defense in the state case), and also to allow exploration of a global federal-state resolution of charges for this defendant.

Because the state trial has been continued yet again, and plea negotiations in the state case are ongoing, the parties request a further continuance and agree that a continuance is appropriate under the Speedy Trial Act. The parties respectfully request that the Court continue the instant case to January 24, 2020, with a Speedy Trial Act exclusion as set forth below. The parties agree that excluding time until January 24, 2020 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 18, 2019 (the end date of the Court's last exclusion of time) under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

/ /

/ /

STIP. AND [PROPOSED] ORDER 2
Case No. CR 17-0348 SI

1     The undersigned Assistant United States Attorney certifies that he has obtained approval from

2 counsel for the defendant to file this stipulation and proposed order.

3     IT IS SO STIPULATED.

5 DATED: October 4, 2019                                                   /s/
                                                                         ANDREW M. SCOBLE
                                                                         Assistant United States Attorney

8 DATED: October 4, 2019                                                              /s/
                                                                         ELLEN V. LEONIDA
                                                                         Counsel for Defendant Jermaine Lee Hicks

## [~~PROPOSED~~] ORDER

Based upon the facts set forth above – including the continued trial date in the state case and the ongoing plea negotiations, as well as the parties' representation that they continue to support and seek a global resolution of all pending state and federal charges as to this defendant – and for good cause shown, the Court finds that failing to exclude the time from October 18, 2019 (the date through which the Court previously excluded time from the Speedy Trial Act computation) through January 24, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 18, 2019 to January 24, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 18, 2019 through January 24, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Accordingly, THE COURT ORDERS THAT:

1.     This case is continued to January 24, 2020 at 11:00 a.m. for further status.

2.     The period from October 18, 2019 through and including January 24, 2020 (the date of the next hearing in this case) is excluded from the otherwise applicable Speedy Trial Act computation,

1  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

2      IT IS SO ORDERED.

4  DATED: 10/04/2019

_____
HON. SUSAN ILLSTON
United States District Judge